IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 9 AM 11: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA

V.                                                              05-20310-01-Ma

ROBERT LEE HOLMES

## ORDER ON ARRAIGNMENT

This cause came to be heard on __11-9 05__, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __Ross Sampson__ who is ~~Retained~~/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (~~being held without~~ bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:371; 18:2314 & 18:2;

U. S. Attorney assigned to Case: J. Murphy

Age: 24

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-14-05__

38

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CR-20310 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT